DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANDREW K. KWAP,**
Appellant,

v.

**COUNTY OF CUMBERLAND, NEW JERSEY,**
Appellee.

No. 4D17-3814

[October 4, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T. Case No. 502012CA004772.

Scott Edwards of Scott J. Edwards, P.A., Boca Raton, for appellant.

Richard A. Warren and Scott L. Mendlestein of Falk, Waas, Hernandez, Cortina, Solomon & Bonner, P.A., Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

MAY, FORST, JJ., and HILAL, JENNIFER, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***